UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARIA C. JUAREZ,

            Plaintiff,

v.

FED EX,

            Defendant.

Civil Action No. 11-3967 (CCC)

**ORDER**

**CECCHI, District Judge.**

    **THIS MATTER** has come before the Court by way of Plaintiff Maria Juarez's application to proceed *in forma pauperis* (IFP) under 28 U.S.C. § 1915, together with a Complaint, which was received on July 11, 2011 [ECF Docket No. 1].

    **WHEREAS** the Court issued an Order on December 22, 2011 [ECF Docket No. 2] denying Plaintiff's IFP application because it was not signed; and

    **WHEREAS** Plaintiff filed a signed IFP application on December 29, 2011 [ECF Docket No. 3];

    IT IS on this 4 day of **January** 2012,

    **ORDERED** that Plaintiff's application to proceed *in forma pauperis* is granted [ECF Docket No. 1]; and it is further

    **ORDERED** that the Clerk of the Court shall reopen this matter.

**HON. CLAIRE C. CECCHI**
**United States District Judge**